<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1968**

JAMES L. ROUDABUSH,

Plaintiff – Appellant,

v.

THOMAS M. BELK, JR.; BELK STORES, INC.; JAN W. WALKE;
HARNEY; SPOTSYLVANIA COUNTY SHERIFF; WILLIAM NEELY; JOHN
DOE, Loss Prevention Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen,
Senior District Judge. (3:11-cv-00255-GCM)

Submitted: January 17, 2012      Decided: February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James L. Roudabush, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James L. Roudabush appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Roudabush v. Belk</u>, No. 3:11-cv-00255-GCM (W.D.N.C. Aug. 8 & 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>